*Page 1 of 1*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**TIMOTHY RAY SADLER,**

    **Plaintiff,**

                              Case No.  3:14cv475/MCR/CJK

**ESCAMBIA COUNTY BOARD OF COMMISSIONERS, et al.,**

    **Defendants.**

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 11, 2015.  (Doc. 14).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.  This case is DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to comply with an order of the Court and failure to keep the Court informed of his current address.

3.  The Clerk is directed to close the file.

**DONE AND ORDERED** this 5th day of October, 2015.

                                                      *s/ M. Casey Rodgers*
                                                      **M. CASEY RODGERS**
                                                      **CHIEF UNITED STATES DISTRICT JUDGE**